

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00425-CV

**IN THE INTEREST OF S.L.W.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00440
Honorable Susan D. Reed, Judge Presiding

# O R D E R

On August 18, 2022, we suspended all appellate deadlines pending our determination of whether we have jurisdiction over this appeal. We have determined we have jurisdiction and reinstate all appellate deadlines as of Monday, October 17, 2022.

Despite the suspended appellate deadlines, on September 15, 2022, Appellate filed her first motion for extension of time requesting a sixty-day extension of time to file her brief. Appellant's motion for an extension of time to file her brief is premature. Nonetheless, this is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

Accordingly, we DENY appellant's motion as moot. With the reinstatement of all appellate deadlines, appellant's brief is due twenty days from this order, November 7, 2022. Given the time constraints governing the disposition of this appeal and the passage of time since appellant filed her motion requesting an extension of time to file her brief, any further extensions of time will be disfavored.

It is so **ORDERED** on October 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT